| | |
|---|---|
| 1 | RONALD L. OLSON (State Bar No. 044597) |
| | Ron.Olson@mto.com |
| 2 | BRADLEY S. PHILLIPS (State Bar No. 085263) |
| | Brad.Phillips@mto.com |
| 3 | MANUEL F. CACHAN (State Bar No. 216987) |
| | Manuel.Cachan@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 5 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 6 | Telephone:  (213) 683-9100 |
| | Facsimile:   (213) 687-3702 |
| 7 | |
| | Attorneys for Defendants |
| 8 | RED ZONE CAPITAL PARTNERS II, L.P. |
| | DICK CLARK PRODUCTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | CASE NO.: CV 10-8833 VBF (FMOx) |
| Plaintiff, | ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND TO SUBSEQUENT PLEADINGS |
| vs. | |
| RED ZONE CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership; DICK CLARK PRODUCTIONS, INC., a Delaware Corporation; DOES 1 through 10, inclusive, | Judge:  Hon. Valerie Baker Fairbank |
| Defendants. | |

1    WHEREAS, the parties have stipulated to extend the time to respond to the Complaint;

2    WHEREAS, the parties have stipulated to extend the time to respond to any answer or responsive motion;

3    WHEREAS, the parties have stipulated to extend the time to file any reply; and

4    WHEREAS, the parties have not previously requested or received an extension of time to respond to the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. Defendants Red Zone Capital Partners II, L.P., and dick clark productions, inc. shall file their response to Plaintiff Hollywood Foreign Press Association's Complaint on or before January 7, 2011.

2. Plaintiff Hollywood Foreign Press Association shall file any response to Defendants' response to the Complaint on or before February 7, 2011.

3. Defendants Red Zone Partners II, L.P., and dick clark productions, inc. shall file any reply brief by on or before February 21, 2011.

4. The motions shall be heard on March 7, 2011, or on a date thereafter as convenient for the Court and the parties.

IT IS SO ORDERED.

DATED: December 6, 2010

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank, U.S. District Judge

Submitted by:

/s/ *Bradley S. Phillips*
Bradley S. Phillips
Munger, Tolles & Olson LLP
Attorneys for Defendants
RED ZONE CAPITAL PARTNERS II, L.P.
DICK CLARK PRODUCTIONS, INC.