1  LINDA J. SMITH (S.B. # 78238)
   lsmith@omm.com
2  ROBIN M. WALL (S.B. # 235690)
   rwall@omm.com
3  AMY R. LUCAS (S.B. # 264034)
   alucas@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, California  90067-6035
   Telephone:    (310) 553-6700
6  Facsimile:    (310) 246-6779

7  Attorneys for Plaintiff and Counter-defendants
   Hollywood Foreign Press Association
8
   (*Continued on Next Page*)
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13 | HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | Case No.  CV10-8833 VBF (FMOx) |
14 | | |
15 | Plaintiff, | **JOINT STIPULATION FOR SIX-DAY EXTENSION TO DISCOVERY CUT-OFF TO ACCOMMODATE THIRD-PARTY WITNESS AND [PROPOSED] ORDER** |
16 | v. | |
17 | RED ZONE CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership; DICK CLARK PRODUCTIONS, INC., a Delaware Corporation; RED ZONE CAPITAL GP, LLC, a Delaware Limited Liability Company; RED ZONE CAPITAL MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; DOES 1 through 10, inclusive, | |
18 | | |
19 | | |
20 | | |
21 | | |
   | Defendants. | |
22 | DICK CLARK PRODUCTIONS, INC., a Delaware Corporation, | |
23 | | |
24 | Counterclaimant, | |
25 | v. | |
26 | HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | |
27 | | |
   | Counter-defendant. | |
28

JOINT STIPULATION
CV-10-8833 VBF (FMOx)

| | |
|---|---|
| 1 | (*Continued From Previous Page*) |
| 2 | RONALD L. OLSON (S.B. # 44597) |
| | Ron.Olson@mto.com |
| 3 | MANUEL F. CACHÁN (S.B. # 216987) |
| | Manuel.Cachan@mto.com |
| 4 | JESLYN A. MILLER (S.B. # 274701) |
| | Jeslyn.Miller@mto.com |
| 5 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 6 | Thirty-Fifth Floor |
| | Los Angeles, CA 90071-1560 |
| 7 | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| 8 | |
| | MARTIN D. KATZ (S.B. # 110681) |
| 9 | mkatz@sheppardmullin.com |
| | SHEPPARD, MULLIN, RICHTER & |
| 10 | HAMPTON LLP |
| | 1901 Avenue of the Stars |
| 11 | Suite 1600 |
| | Los Angeles, CA 90067 |
| 12 | Telephone: (310) 228-3700 |
| | Facsimile: (310) 228-3701 |
| 13 | |
| | Attorneys for Defendants, |
| 14 | RED ZONE CAPITAL PARTNERS II, L.P., |
| | RED ZONE CAPITAL GP, LLC, RED |
| 15 | ZONE CAPITAL MANAGEMENT |
| | COMPANY, LLC, and Defendant and |
| 16 | Counterclaimant DICK CLARK |
| | PRODUCTIONS, INC. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    The non-expert discovery cut-off date in this case is May 20, 2011.  Plaintiff seeks
2  an order permitting it to schedule one deposition the following week to accommodate the
3  business needs of, and to mitigate the burden on, third-party witness NBCUniversal.
4    Plaintiff served third-party NBCUniversal with a deposition subpoena on April 25,
5  2011, setting the date of the deposition for May 9, 2011.  NBCUniversal has since
6  indicated that its designated witness will be unavailable until May 26, 2011, and that it
7  would be unduly burdensome to appear earlier due to pressing business needs.  Plaintiff
8  wishes to mitigate the burden on the third-party witness, believes that a short extension of
9  time is reasonable, and believes that neither party will be prejudiced if the third-party
10 deposition takes place on May 26, 2011, shortly after the close of fact discovery on May
11 20, 2011.  Defendants do not oppose.

13    IT IS HEREBY JOINTLY REQUESTED, by and between the parties hereto,
14 through their respective counsel, as follows:

16    The deposition of third party NBCUniversal may take place on May 26, 2011.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 16, 2011 | LINDA J. SMITH<br>O'MELVENY & MYERS LLP |
| 3 | | |
| 4 | | By: *[signature]* |
| 5 | | Linda J. Smith |
| 6 | | Attorneys for Plaintiff and Counter-defendant |
| 7 | | HOLLYWOOD FOREIGN PRESS ASSOCIATION |
| 8 | | |
| 9 | | |
| 10 | Dated: May 16, 2011 | Munger, Tolles & Olson LLP<br>RONALD L. OLSON |
| 11 | | |
| 12 | | Sheppard, Mullin, Richter & Hampton LLP<br>MARTIN D. KATZ |
| 13 | | |
| 14 | | By: *[signature]* |
| 15 | | |
| 16 | | Attorneys for Defendants,<br>RED ZONE CAPITAL PARTNERS II, L.P., RED ZONE CAPITAL GP, LLC, RED ZONE CAPITAL MANAGEMENT COMPANY, LLC, and Defendant and Counterclaimant DICK CLARK PRODUCTIONS, INC. |