1  LINDA J. SMITH (S.B. # 78238)
   lsmith@omm.com
2  ROBIN M. WALL (S.B. # 235690)
   rwall@omm.com
3  AMY R. LUCAS (S.B. # 264034)
   alucas@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, California  90067-6035
   Telephone:    (310) 553-6700
6  Facsimile:    (310) 246-6779

7  Attorneys for Plaintiff and Counter-defendants
   Hollywood Foreign Press Association
8
   (*Continued on Next Page*)
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | Case No.  CV10-8833 VBF (FMOx) |
| 14 | |
| 15              Plaintiff, | **[PROPOSED] ORDER SETTING DATE FOR DEPOSITION OF THIRD PARTY NBCUNIVERSAL** |
| 16     v. | |
| 17  RED ZONE CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership; DICK CLARK PRODUCTIONS, INC., a Delaware Corporation; RED ZONE CAPITAL GP, LLC, a Delaware Limited Liability Company; RED ZONE CAPITAL MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; DOES 1 through 10, inclusive, | |
| 18 | |
| 19 | |
| 20 | |
| 21              Defendants. | |
| 22  DICK CLARK PRODUCTIONS, INC., a Delaware Corporation, | |
| 23 | |
| 24              Counterclaimant, | |
| 25     v. | |
| 26  HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | |
| 27              Counter-defendant. | |
| 28 | |

| | |
|---|---|
| 1 | (*Continued From Previous Page*) |
| 2 | RONALD L. OLSON (S.B. # 44597) |
|   | Ron.Olson@mto.com |
| 3 | MANUEL F. CACHÁN (S.B. # 216987) |
|   | Manuel.Cachan@mto.com |
| 4 | JESLYN A. MILLER (S.B. # 274701) |
|   | Jeslyn.Miller@mto.com |
| 5 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 6 | Thirty-Fifth Floor |
|   | Los Angeles, CA 90071-1560 |
| 7 | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |
| 8 | |
|   | MARTIN D. KATZ (S.B. # 110681) |
| 9 | mkatz@sheppardmullin.com |
|   | SHEPPARD, MULLIN, RICHTER & |
| 10 | HAMPTON LLP |
|   | 1901 Avenue of the Stars |
| 11 | Suite 1600 |
|   | Los Angeles, CA 90067 |
| 12 | Telephone: (310) 228-3700 |
|   | Facsimile: (310) 228-3701 |
| 13 | |
|   | Attorneys for Defendants, |
| 14 | RED ZONE CAPITAL PARTNERS II, L.P., |
|   | RED ZONE CAPITAL GP, LLC, RED |
| 15 | ZONE CAPITAL MANAGEMENT |
|   | COMPANY, LLC, and Defendant and |
| 16 | Counterclaimant DICK CLARK |
|   | PRODUCTIONS, INC. |

[PROPOSED] ORDER
CV-10-8833 VBF (FMOx)

1  Good cause being found, IT IS HEREBY ORDERED:

2  The deposition of NBCUniversal may proceed on May 26, 2011, notwithstanding
3  the non-expert discovery cutoff set for May 20, 2011.

8  DATED:_____                    _____
9                                              THE HON. VALERIE BAKER FAIRBANK
10                                             UNITED STATES DISTRICT JUDGE