```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                              AMENDED
                      CIVIL MINUTES -- GENERAL
```

Case No.  **CV 10-8833-VBF(FMOx)**                        Dated: **May 20, 2011**

Title:    Hollywood Foreign Press Association -v- Red Zone Capital
          Partners II, LLP, et al.
_____

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

          Joseph Remigio                   Rosalyn Adams
          Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

          Linda J. Smith                   Martin D. Katz
                                           Manuel F. Cachan


**PROCEEDINGS:    TELEPHONIC CONFERENCE RE TRIAL DATES**


Case called, and counsel make their appearance.

For the reasons stated on the record, the Court advances the Final
Pretrial Conference and Trial by one week. Accordingly, the Final
Pretrial Conference is now set for August 22, 2010 at 2:30 p.m. and trial
is set to commence on August 30, 2011 at 8:30 a.m.

**IT IS SO ORDERED.**




                                     Initials of Deputy Clerk   jre

                              -1-                :  14    min