| | |
|---|---|
| 1 | RONALD L. OLSON (State Bar No. 044597) |
| | Ron.Olson@mto.com |
| 2 | BRADLEY S. PHILLIPS (State Bar No. 085263) |
| | Brad.Phillips@mto.com |
| 3 | MANUEL F. CACHÁN (State Bar No. 216987) |
| | Manuel.Cachan@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 683-9100 |
| 6 | Facsimile: (213) 687-3702 |
| 7 | MARTIN D. KATZ (State Bar No. 110681) |
| | mkatz@sheppardmullin.com |
| 8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | 1901 Avenue of the Stars, Suite 1600 |
| 9 | Los Angeles, CA 90067-6017 |
| | Telephone: (310) 228-3700 |
| 10 | Facsimile: (310) 228-3701 |
| 11 | Attorneys for Defendants and Counterclaimant |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | | Case No. CV10-8833 VBF (FMOx) |
| | Plaintiff, | **DEFENDANTS' WITNESS LIST** |
| v. | | Complaint Filed: November 17, 2010 |
| RED ZONE CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership, et al., | | FAC Filed: March 9, 2011 |
| | | Counterclaims Filed: March 28, 2011 |
| | Defendants. | Trial Date: August 30, 2011 |
| | | Time: 8:30 a.m. |
| | | Courtroom: 9 |
| DICK CLARK PRODUCTIONS, INC., a Delaware Corporation, | | **Hon. Valerie Baker Fairbank** |
| | Counterclaimant, | |
| v. | | |
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | | |
| | Counter-defendant. | |

Pursuant to Rules 16-2.4 and 16-5 of this Court and Federal Rule of Civil Procedure 26(a)(3)(A), Defendants dick clark productions ("dcp"), Red Zone Capital Partners II, L.P., Red Zone Capital GP, LLC, and Red Zone Capital Management Company, LLC (collectively, "Defendants") hereby disclose the following names of percipient and expert witnesses that they may present at trial unless solely for impeachment purposes. Defendants reserve the right to amend or supplement this list of witnesses.[1] Each of Defendants' witnesses will testify in person, unless otherwise noted.[2]

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
| Barry Adelman<br><br>[dcp c/o Defendants' counsel] | Mr. Adelman will testify concerning the history of the relationship between dcp and HFPA. | .5 |
| Joel Behr<br><br>[c/o Defendants' counsel] | Mr. Behr will testify regarding work he did as dcp's counsel over the course of many years, including in 1993 with respect to the 1993 | 2 |

---

[1] At this time, Defendants do not intend to call any of the below witnesses by deposition. HFPA has informed Defendants that it intends to designate deposition testimony for three of Defendants' witnesses, all of whom are expected to testify live at trial: Joel Behr, Dick Clark, and Francis La Maina. Defendants have various objections to HFPA's deposition designations, including a general objection to the affirmative use of deposition testimony for witnesses testifying live at trial. *See* Fed. R. Civ. P. 32. The parties are in the process of meeting and conferring on HFPA's designations and Defendants' objections. If HFPA is ultimately permitted to call any of these witnesses by deposition at trial, Defendants may have certain counter-designations, which Defendants will submit to the Court on the first day of trial if the parties are unable to resolve the issues through the meet and confer process.

[2] Local Rule 16-5 requires that an asterisk (*) be placed next to the names of those witnesses whom Defendants may call only if the need arises. The Court has not yet ruled on the parties' cross motions for summary judgment, however, and will not have done so before this witness list is due to be filed. The issues to be tried in this case, if any, and the evidence that would be relevant to those issues remain unclear. Defendants therefore have not differentiated "will call" from "need only" witnesses, but intend to file a revised witness list in a timely fashion, should it be necessary to do so, following the Court's ruling on the parties' motions, which are set to be heard August 2, 2011.

**DEFENDANTS' WITNESS LIST**

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
| | Amendment and during the 2001–2002 timeframe regarding the 2001 Exercise of Options. | |
| Aud Berggen Morisse<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Phillip Berk<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | Mr. Berk, a former President of HFPA several times over, will testify regarding what transpired at various meetings of HPFA, internal communications at HFPA and communications with dcp, including communications regarding the 1993 Amendment, the 2001 Exercise of Options, and HFPA's repudiation of the 2001 Exercise of Options in 2002. | 3 |
| Silvia Bizio<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Susan Brooks<br><br>[c/o Defendants' counsel] | Ms. Brooks is Defendants' rebuttal expert. She will testify concerning relevant custom and practice in the entertainment industry. | 1.5 |
| Joseph Calabrese<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | Should the Court permit evidence concerning HFPA's negotiations with dcp in 2010 for a renegotiation of its contract with dcp, a topic | 1 |

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
| | Defendants believe is irrelevant to any issue before the Court, Mr. Calabrese will testify regarding those negotiations. | |
| Jorge Camara [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | Mr. Camara, a former President of HFPA, will testify regarding what transpired at various HPFA meetings, internal communications at HFPA, and communications with dcp, including communications regarding the 1993 Amendment, the 2001 Exercise of Options, and HFPA's repudiation of the 2001 Exercise of Options in 2002. | .5 |
| Dick Clark [c/o Defendants' counsel] | Mr. Clark will testify regarding the meaning of the extensions clause of the 1993 Amendment. | .5 |
| Dennis Cline [Santa Monica, CA] | Mr. Cline will testify regarding work he did as dcp's counsel in the 2001 timeframe, concerning the 2001 Exercise of Options. | .5 |
| Jean Cummings [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Chantal Dinnage [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | Ms. Dinnage will testify about certain record-keeping practices at HFPA and the authenticity of certain documents. | .3 |
| Dagmar Dunlevy | Ms. Dunlevy, a former | 3 |

**DEFENDANTS' WITNESS LIST**

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
| [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | President of HPFA, will testify regarding what transpired at various HFPA meetings, about internal communications at HFPA, and about communications with dcp, including communications regarding the 1993 Amendment, the 2001 Exercise of Options, and HFPA's repudiation of the 2001 Exercise of Options in 2002. | |
| Bryan Freedman [Freedman & Taitelman, LLP, 1901 Avenue of the Stars, Suite 500, Los Angeles, CA 90067] | Mr. Freedman will testify regarding actions he took as counsel for HFPA in the 2002 timeframe, including communications with dcp. | 1 |
| Marc Graboff [NBC, 3000 W. Alameda Ave., Burbank, CA 91523] | Should the Court permit evidence concerning dcp's negotiations with NBC in 2010 for an extension of NBC's contract with dcp to broadcast the Golden Globes, a topic Defendants believe is irrelevant to any issue before the Court, Mr. Graboff will testify regarding those negotiations. | .5 |
| Andre Guimond [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Alex Hershtik [The CPA Advantage, 16055 Ventura Blvd., Suite 407, Encino, CA | Mr. Hershtik will testify regarding the relationship between dcp and HFPA in the 2002 timeframe and certain communications | 1 |

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
| 91436] | that he had with HFPA and dcp. | |
| Yoram Kahana<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Erkki Kanto<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Theo Kingma<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Francis La Maina<br><br>[c/o Munger Tolles & Olson, 355 S. Grand Ave., 35th Floor, Los Angeles, CA 90071] | Mr. La Maina will testify regarding dcp's relationship with HFPA from its inception, and about the 1983 Agreement, the 1987 Agreement, and each of the amendments thereto, including the communicated intent between the parties with respect to the 1993 Amendment. | 3 |
| Mary Ledding<br><br>[TBD] | Ms. Ledding may testify regarding certain handwritten notations on a copy of the 1993 Amendment kept in the files of HPA's counsel. | .5 |
| Lawrie Masterson<br><br>[TBD] | This witness will testify regarding what transpired at various HFPA meetings | .3 |

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
| | and about certain internal HFPA communications. | |
| Yoko Narita<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Yenny Nun-Katz<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Scott Orlin<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Mira Pantojotovic<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Francis Schoenberger<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | Ms. Schoenberger will testify regarding what transpired at various HPFA meetings and about certain internal communications at HFPA that reflect HFPA's understanding of the extensions clause in the 1993 Amendment. | .5 |
| Mark Shapiro<br><br>[dcp c/o Defendants' counsel] | Should the Court permit evidence concerning HFPA's negotiations with dcp in 2010 for a renegotiation of its contract with dcp, a topic | 1 |

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
| | Defendants believe is irrelevant to any issue before the Court, Mr. Shapiro will testify regarding those negotiations. | |
| Judy Solomon [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | Ms. Solomon, HFPA's former President, will testify regarding what transpired at various HPFA meetings, about internal communications at HFPA, and about communications with dcp, including communications regarding the 1993 Amendment, the 2001 Exercise of Options, and HFPA's repudiation of the 2001 Exercise of Options in 2002. | 3 |
| Aida Takla-O'Reilly [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | Ms. Takla-O'Reilly, a former and now current President of HFPA, will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications, as well as about her receipt of a copy of various agreements between HFPA and dcp during her tenure as HFPA President. | |
| Jack Tewksbury [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Mirjana Van Blaricom [TBD] | Ms. Van Blaricom, a former HFPA President, will testify regarding the communicated intent | 3 |

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
|  | between the parties with respect to the 1993 Amendment, her authority to execute that amendment on HFPA's behalf, the due diligence she performed before returning the executed version of the amendment to dcp, and the general procedures followed at HFPA before and during her tenure as HFPA President. |  |
| Allessandra Venezia<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Helmut Voss<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Anita Weber<br><br>[HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |
| Weissmann Wolff Custodian<br><br>[Weissmann Wolff Bergman Coleman Grodin & Evall LLP, 9665 Wilshire Blvd, Suite 900, Beverly Hills, CA 90212] | The Weissmann Wolff Custodian will testify as to the authenticity of certain documents produced by the law firm of Weissmann Wolff Bergman Coleman Grodin & Evall LLP in response to a subpoena from Defendants in this litigation. | .5 |

| Name of Witness | Expected Testimony | Time Estimate (in hours) |
|---|---|---|
| Eric Weissmann [Weissmann Wolff Bergman Coleman Grodin & Evall LLP, 9665 Wilshire Blvd, Suite 900, Beverly Hills, CA 90212] | Mr. Weissmann will testify regarding his role as counsel for HFPA beginning in 1993. | 1 |
| Robert Yoshitomi [Nixon Peabody LLP, Gas Company Tower 555 West Fifth Street, 46th Floor, Los Angeles, CA 90013] | Mr. Yoshitomi will testify regarding his role as counsel for HFPA from 1997 to 2001, including his role in negotiating and drafting the 2001 Exercise of Options. | 1 |
| Noemia Young [HFPA c/o O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067] | This witness will testify regarding what transpired at various HFPA meetings and about certain internal HFPA communications. | .3 |

DATED: August 1, 2011

Munger, Tolles & Olson LLP
    RONALD L. OLSON
    BRADLEY S. PHILLIPS
    MANUEL F. CACHÁN

Sheppard, Mullin, Richter & Hampton LLP
    MARTIN D. KATZ

By:     /s/ *Manuel F. Cachán*
    MANUEL F. CACHÁN

Attorneys for Defendants and Counterclaimant

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: August 1, 2011

                                                   /s/ *Manuel F. Cachán*
                                                   MANUEL F. CACHÁN