| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. # 097802) |
| | dpetrocelli@omm.com |
| 2 | LINDA J. SMITH (S.B. # 78238) |
| | lsmith@omm.com |
| 3 | ROBIN M. WALL (S.B. # 235690) |
| | rwall@omm.com |
| 4 | AMY R. LUCAS (S.B. # 264034) |
| | alucas@omm.com |
| 5 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 6 | Los Angeles, California 90067-6035 |
| | Telephone:  (310) 553-6700 |
| 7 | Facsimile:  (310) 246-6779 |
| 8 | Attorneys for Plaintiff and Counter-defendant |
| | Hollywood Foreign Press Association |
| 9 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | | Case No. CV10-8833 VBF (FMOx) |
| | | **PLAINTIFF'S WITNESS LIST** |
| | Plaintiff, | Complaint filed:  November 17, 2010 |
| | | Counterclaims filed:  March 28, 2011 |
| v. | | |
| RED ZONE CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership; DICK CLARK PRODUCTIONS, INC., a Delaware Corporation; RED ZONE CAPITAL GP, LLC, a Delaware Limited Liability Company; RED ZONE CAPITAL MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; DOES 1 through 10, inclusive, | | Trial Date:    August 30, 2011 |
| | | Courtroom:   9 |
| | | **Honorable Valerie Baker Fairbank** |
| | Defendants. | |
| DICK CLARK PRODUCTIONS, INC., a Delaware Corporation, | | |
| | Counterclaimant, | |
| v. | | |
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | | |
| | Counter-defendant | |

PLAINTIFF HFPA'S
WITNESS LIST

Pursuant to the Local Rule 16-5, Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and the Court's Scheduling and Case Management Order, Plaintiff and Counter-defendant Hollywood Foreign Press Association ("HFPA") hereby submits its Witness List.

**HFPA WITNESSES**

    A.    **WITNESSES HFPA EXPECTS TO CALL AT TRIAL:**

        1.    Calabrese, Joseph (Live Testimony)

            a.    Time Estimate:

                (1)    Direct Examination: 3 hours

            b.    Subject matter of testimony: Mr. Calabrese is a partner at O'Melveny & Myers LLP and serves as outside entertainment counsel for the HFPA. During 2010 he was the primary negotiator on behalf of the HFPA with dcp for a new contract. He will testify regarding the nature and extent of HFPA's negotiations with dcp in 2010 for a new contract and the representations made by Mr. Shapiro regarding dcp's and HFPA's rights under the dcp/HFPA agreements and about whether in 2010 dcp was in discussions or negotiations with any network for a new broadcast licensing deal for the Golden Globe Awards after the 2011 Golden Globes Award show.

        2.    Camara, Jorge (Live Testimony)

            a.    Time Estimate:

                (1)    Direct Examination: 4 hours

            b.    Mr. Camara is a long time member of the HFPA. He has previously served as President and on Board of Directors for the association, and he is currently on the Board of Directors. HFPA expects that Mr. Camara will testify

about the history of the HFPA and its initial contractual relationship with dcp. He will also testify about the parties' relationship from the early part of the decade until the present, specifically HFPA's communications with dcp regarding the meaning of the grant of options provision in the 1993 Amendment.

3. Graboff, Marc (Live Testimony)

    a. Time Estimate:

        (1) Direct Examination: 2 hours

    b. Mr. Graboff is President of West Coast Business Operations for NBCUniversal Television Entertainment—a non-party in this case as was designated pursuant to Federal Rule of Civil Procedure 30(b)(6) witness for nine topics including representations by dcp to NBC regarding dcp's rights to license the broadcast of the Golden Globe Awards. Mr. Graboff negotiated with dcp's Mark Shapiro with respect to a proposed broadcast licensing deal for the Golden Globe Awards. HFPA expects Mr. Graboff to testify regarding certain statements Mr. Shapiro made to him and others at NBC regarding dcp's contractual obligations to HFPA and HFPA's approval rights during the course of those negotiations.

4. Francis LaMaina (Live Testimony)[1]

    a. Time Estimate:

        (1) Adverse Examination: 7 hours

    b. Mr. LaMaina was a long time executive and President of dcp. He was President in 1993 when the HFPA and dcp

---

[1] HFPA expects to call Mr. LaMaina live but reserves the right to call him by deposition if he is unavailable.

entered into the 1993 Amendment to the parties' 1987 Agreement. Mr. LaMaina came to the HFPA on September 22, 1993 and presented the new NBC deal and the 1993 amendment providing the grant of options necessary to effectuate that deal to the HFPA membership and received their approval for early into the NBC deal and the 1993 Amendment. Mr. LaMaina was designated as dcp's 30(b)(6) witness for 20 topics. He has also submitted a declaration in his litigation describing another discussion he claims to have had with then-HFPA President Mirjana Van Blaricom regarding the grant of options provision in the 1993 Amendment. Mr. LaMaina remained at dcp until 2007. HFPA expects Mr. LaMaina to testify regarding the 1993 Amendment, his presentation to the HFPA membership on September 22, 1993, his subsequent alleged conversation with Ms. Van Blaricom, the renewal of the NBC broadcast licensing deal in 2001, and dcp's 2001 exercise of options. He will also testify about the parties' statements and their course of dealing to one another since 1993 regarding the interpretation of the grant of options provision in the 1993 Amendment. In the event that Mr. LaMaina testifies by deposition, the portions of his deposition testimony to be read at trial are:

20:3-14; 21:4-7; 22:13-15; 23:23-24:11; 27:7-17; 28:8-19; 29:18-30:7; 30:15-20; 31:8-32:10; 32:11-16: 32:20-33:15; 34:20-35:8; 36:4-8; 36:13-14; 38:14-22; 39:17-18; 39:25-40:1; 41:25-42:6; 42:10-11; 41:21-43:7; 43:21-44:17; 45:20-46:6; 46:19-47:2: 47:21-48:4; 48:7-24; 50:1-12; 51:4-52:3; 52:14-16;53:21-24; 54:13-23; 55:5-56:7; 56:14-22; 57:6-8; 55:11; 55:13;57:18-22; 59:9-19; 59:24-60:15; 61:5; 62:6-25; 63:4-6; 63:8-9; 63:13-16; 63:23-24; 66:11-67:6; 70:22-71:25; 72:15-18; 73:3-23; 74:15-75:8; 82:24-83:21; 84:1-10; 85:5-7; 85:17-86:23; 87:2-8; 87:22-24; 88:8-25; 89:19-90:15; 90:22-91:7; 93:18-94:2; 97:11-98:8; 98:12-17; 99:7-20; 100:9-10;

101:3-102:1; 102:9-104:6; 104:20-24; 105:3-6; 105:22-106:7; 106:16-108:21; 109:21-110:8; 110:11-17; 111:8-13; 111:20-112:11; 116:23-117:10; 118:10-13; 119:1-6; 119:9; 124:13-20; 125:3-25; 127:1-22; 128:8-9; 128:12-130:6; 131:13-15; 132:3-7; 132:16-24; 133:11-15; 133:17-20; 134:2-16; 136:9-10; 136:12-13; 136:22-137:11; 137:15-138:4; 138:9-12; 138:19-139:2; 139:10-17; 139:10-17; 140:3-10; 141:18-142:15; 142:22-143:3; 143:10-12; 114:12-21; 147:24-148:21; 150:6-8; 150:11-14; 150:19-24; 153:21-154:6; 155:3-156:5; 156:13-22; 157:18-158:1; 158:5-14; 158:19-25; 159:4-16; 161:22-162:3; 162:7-18; 163:12-22; 164:22-165:14; 164:15; 165:25-166:7; 167:2-6; 167:11-168:13; 169:9-170:1; 170:3-25; 171:10-173:7; 173:8-174:6; 175:10-176:10; 177:5-14; 177:19-178:11; 179:4-8; 180:18-181:23; 183:11-14; 185:8-13; 186:20-24; 187:14-19; 187:24-188:2; 188:24-189:7; 189:18-190:7; 191:2-23; 192:2; 192:7-193:2; 194:19-195:4; 195:8-10; 196:21-197:6; 197:17-18; 202:20-25; 203:5-204:25; 205:4-17; 207:9-12; 07:19-208:8; 209:12-13; 211:10-25; 212:1-213:14; 214:23-215:11; 215:15-19; 215:22-26:3; 216:9-18; 217:10-18; 218:21-219:12; 220:15-221:12; 222:17-20; 222:24-223:10; 224:9-225:17; 228:12-17; 233:3-9; 234:6-8; 236:7-15; 244:12-245:9; 245:25-246:4; 252:8-12; 254:24-255:6; 259:16-23; 262:24-263:14; 265:7-10; 267:10-268:4; 268:10-13.

If necessary, pursuant to the Court's Scheduling and the Case Management Order, HFPA will lodge copies of the deposition transcript with the appropriate annotations in the margin prior to the first day of trial.

5. Moonves, Leslie (Live Testimony)

   a. Time Estimate:

      (1) Direct Examination: 2 hours

   b. Mr. Moonves is President and Chief Executive Officer of CBS Corporation. HFPA expects that Mr. Moonves will testify that he had discussions with dcp's Mark Shapiro and with HFPA regarding the possibility of bringing the Golden Globes to CBS after the January 2011 broadcast and what CBS was prepared to offer. During the course of these conversations Mr. Shapiro made certain statements to Mr. Moonves regarding dcp's understanding of its contractual obligations to the HFPA under the 1993 Amendment to the 1987 Agreement.

6. Shapiro, Mark (Live Testimony)

      a.    Time Estimate:

           (1)    Adverse Examination: 3 hours

      b.    Mr. Shapiro is the CEO of dcp. Mr. Shapiro was designated as dcp's 30(b)(6) witness for five topics. He was the lead negotiator on behalf of dcp during the 2010 negotiations with HFPA for a new contract after the expiration of dcp's options as well as the lead negotiator on behalf of dcp during the 2010 negotiations with NBC for a new broadcast licensing agreement after the January 2011 Golden Globes Awards show. HFPA expects Mr. Shapiro to testify regarding his numerous statements to NBC and to HFPA and its counsel regarding dcp's understanding of its contractual obligations to the HFPA under the 1993 Amendment to the parties' 1987 Agreement as well as after the February 8, 2009 letter he received from Philip Berk, then President of the HFPA.

7.    Simon, William (Live Testimony)

      a.    Time Estimate:

           (1)    Adverse Examination: 1 hour

      b.    Mr. Simon is the chief financial officer of The Tennis Channel. Prior to joining The Tennis Channel, Mr. Simon was chief financial officer, vice president of finance and treasure for dcp. Mr. Simon began working at dcp from approximately 1991 until early 2011. HFPA expects Mr. Simon to testify regarding dcp's understanding of the grant of options provision in the 1993 Amendment to the parties' 1987 Agreement.

8.    Soria, Lorenzo (Live Testimony)

| | | | |
|---|---|---|---|
| 1 | | a. | Time Estimate: |
| 2 | | | (1) Direct Examination: 4 hours |
| 3 | | b. | Mr. Soria is a long time member of the HFPA. He has previously served as the association's President and on its Board of Directors. Mr. Soria was present at the September 22, 1993 meeting when dcp's executives presented both the NBC deal and the 1993 Amendment providing the grant of options necessary to effectuate that deal and to dcp's receipt of approval by the membership of both the NBC deal and the 1993 Amendment. Mr. Soria will testify about the HFPA By Laws and the scope of authority or lack thereof of HFPA's then-President Mirjana Van Blaricom. Mr. Soria will also testify regarding dcp's representations to HFPA in June 2001 when dcp came to the HFPA Board for membership approval of the proposed extension of the NBC broadcast licensing agreement and for membership approval of a grant to dcp of six additional options in order to effectuate the 2001 NBC deal. |
| 20 | 9. | | Tenzer, David (Live Testimony) |
| 21 | | a. | Time Estimate: |
| 22 | | | (1) Direct Examination: 4 hours |
| 23 | | b. | Mr. Tenzer is an entertainment lawyer with twenty-seven years experience in the industry, and HFPA's retained expert. In 1985, Mr. Tenzer was named the Head of Television Business Affairs for Creative Artists Agency and served in that capacity for over two decades. During the course of his career, he negotiated or participated in |

the drafting virtually every type of major television production contract.  HFPA expects Mr. Tenzer will testify to the matters contained in his expert report and in his declaration submitted in opposition to defendants' summary judgment motion.

10. Van Blaricom, Mirjana (Live Testimony)
   a. Time Estimate:
      (1) Adverse Examination: 3 hours
   b. Ms. Van Blaricom was President of the HFPA in 1993.  In 1994, Ms. Van Blaricom stepped down from her role as President and was barred the HFPA amid allegations of financial improprieties.  Ms. Van Blaricom submitted a declaration in this litigation.  HFPA expects Ms. Van Blaricom to testify as to the scope of her authority and her roles and responsibilities in 1993 as well as her communications with Mr. LaMaina and others at dcp and with the other HFPA members.  Ms. Van Blaricom is also expected to testify as to the circumstances surrounding her departure from HFPA and her subsequent conduct respecting the association.

11. Wells-Gilboa, Elaine (Live Testimony)
   a. Time Estimate:
      (1) Direct Examination: 1 hour
   b. Ms. Wells-Gilboa is a professional transcriber with over thirty years of experience providing transcription services to the HFPA.  Ms. Wells-Gilboa is the owner and operator of Mazkira Transcripts, a professional transcription service.  Ms. Wells-Gilboa transcribed the transcript for

the September 22, 1993 HFPA Membership meeting where dcp presented the 1993 NBC deal as well as the 1993 Amendment necessary to effectuate that deal and sought and received the HFPA's approval of both. HFPA expects Ms. Wells-Gilboa to testify as to her professional practices and procedures and her preparation of the transcript.

12. Custodian of Records for dick clark productions, inc. (Live Testimony)
    a. Time Estimate:
        (1) Direct Examination: 30 minutes
    b. HFPA expects to call the custodian of records for dick clark productions, inc. to provide and authenticate certain specified documents.

13. Custodian of Records for Red Zone Capital Partners II, L.P. (Live Testimony)
    a. Time Estimate:
        (1) Direct Examination: 30 minutes
    b. HFPA expects to call the custodian of records for Red Zone Capital Partners II, L.P. to provide and authenticate certain specified documents.

14. Custodian of Records for Red Zone Capital Group, LLC (Live Testimony)
    a. Time Estimate:
        (1) Direct Examination: 30 minutes
    b. HFPA expects to call the custodian of records for Red Zone Capital Group, LLC to provide and authenticate certain specified documents.

15. Custodian of Records for Red Zone Capital Management Company, LLC (Live Testimony)
    a. Time Estimate:
        (1) Direct Examination: 30 minutes
    b. HFPA expects to call the custodian of records for Red Zone Capital Management Company, LLC to provide and authenticate certain specified documents.

16. Custodian of Records for Mosaic Media Group (Live Testimony)
    a. Time Estimate:
        (1) Direct Examination: 30 minutes
    b. HFPA expects to call the custodian of records for Mosaic Media Group to provide and authenticate certain specified documents.

17. Custodian of Records for AEG (Live Testimony)
    a. Time Estimate:
        (1) Direct Examination: 30 minutes
    b. HFPA expects to call the custodian of records for AEG to provide and authenticate certain specified documents.

**B.  WITNESSES HFPA MAY CALL AT TRIAL IF NECESSARY:**

1. Behr, Joel* (Deposition Testimony)
    a. Time Estimate:
        (1) Adverse Examination: 1 hour
    b. Mr. Behr was outside counsel for dcp during the 1980s and 1990s and was designated as dcp's 30(b)(6) witness for ten topics. He was involved in negotiations between the HFPA and dcp for many of the contracts at issue in this case. If necessary, HFPA will present deposition

testimony from Mr. Behr.  The portions of his deposition testimony to be read at trial are 5:12-15; 8:13-9:16; 9:20-25; 10:23-11:8; 13:7-13; 13:23-14:6; 15:4-21; 16:18-17:1; 17:2-20; 29:15-31:12; 34:6-14; 34:15-35:6; 35:7-20; 35:21-23; 35:24-36:5; 36:12-15; 36:16-21; 36:22-24; 36:25-37:5; 37:16-19; 41:8-17; 41:18-25; 42:1-3; 42:4-43:6; 43:7-17; 43:18-46:25; 49:14-22; 50:13-51:6; 51:22-52:9; 52:10-53:12; 57:13-21; 57:22-25; 58:1-12; 58:13-15; 58:16-59:4; 59:5-11; 59:12-60:61:12; 63:20-64:3; 65:15-19; 66:10-13; 68:18-70:8; 72:17-73:6; 73:9-20; 73:21-74:3; 74:5-13; 74:15-75:5; 75:6-13; 75:17-76:10; 76:11-77:5; 78:2-10; 78:11-21; 79:17-80:14; 81:16-82:13; 82:14-83:6; 83:7-10; 85:16-21; 85:22-86:2; 87:20-88:18; 88:19-25; 89:15-18; 89:19-20; 89:21-22; 90:21-23; 91:16-19; 92:23-93:3; 93:4-94:1; 94:2-14; 94:15-96:6; 96:7-97:8; 97:9-13; 97:21-98:2; 98:3-99:1; 99:5-11; 99:12-23; 99:24-100:9; 100:10-101:12; 105:17-106:21; 108:3-9; 108:10-13; 113:13-115:16; 116:3-17.  Pursuant to the Court's Scheduling and Case Management Order, HFPA will lodge copies of the deposition transcript with the appropriate annotations in the margin prior to the first day of trial.

    2.    Clark, Dick* (Deposition Testimony)

        a.    Time Estimate:

            (1)    Adverse Examination: 30 minutes

        b.    Mr. Clark was the founder and principal of dcp for many years.  He was involved in negotiation of many of the HFPA/dcp agreements and amendments as well as in dcp

presentations to the HFPA Board and membership and other communications with HFPA members and internal dcp communications with respect to dcp's relationship with HFPA. If necessary, HFPA will present deposition testimony from Mr. Clark. The portions of his deposition testimony to be read at trial are: 14:2-15:24; 16:4-25; 18:3-10; 18:25-20:10; 23:22-24:17; 30:19-33:4; 33:5-9; 34:3-13; 34:14-20; 34:21-34:4; 34:21-35:4; 35:19-36:1; 37:9-13; 37:15-16. Pursuant to the Court's Scheduling and Case Management Order, HFPA will lodge copies of the deposition transcript with the appropriate annotations in the margin prior to the first day of trial.

3. Cummings, Jean* (Live Testimony)
   a. Time Estimate:
      (1) Direct Examination: 1 hour
   b. Ms. Cummings is a longtime HFPA member. She has served on the Board of Directors, as Vice President, and Chairman of the Board of the HFPA. She was on the Board of Directors in 1993 when dcp presented the proposed 1993 amendment. HFPA expects Ms. Cummings to testify, if necessary, about dcp's presentation at the September 22, 1993 HFPA Board meeting and HFPA Membership meeting of the proposed 1993 NBC deal and the proposed 1993 Amendment by which HFPA would grant dcp the additional options necessary to effectuate the 1993 NBC deal and HFPA's approval of both the NBC deal and the 1993 Amendment.

4. Hershtik, Alex* (Live Testimony)

|   |   |   |
|---|---|---|
| 1 | | a. Time Estimate: |
| 2 | | (1) Direct Examination: 2 hours |
| 3 | | b. Mr. Hershtik was an outside accountant hired by the HFPA in or around 2002 to audit dcp's accountings to the HFPA.  HFPA expects Mr. Hershtik to testify, if necessary, that he advised the HFPA to hire an attorney solely for the purpose of facilitating a proper audit. |
| 8 | 5. | Weissman, Eric* (Live Testimony) |
| 9 | | a. Time Estimate: |
| 10 | | (1) Direct Examination: 1 hour |
| 11 | | b. Mr. Weissman became HFPA's entertainment counsel in 1993.  Mr. Weissman is expected to testify, if necessary, as to the date of his retention and the timing and subject of his communications with Ms. Van Blaricom. |

Dated:  August 1, 2011

DANIEL M. PETROCELLI
LINDA J. SMITH
ROBIN M. WALL
AMY R. LUCAS

O'MELVENY & MYERS LLP

By:     /s/ Linda J. Smith
           Linda J. Smith
Attorneys for Plaintiff
Hollywood Foreign Press Association