DANIEL M. PETROCELLI (S.B. # 097802)
dpetrocelli@omm.com
LINDA J. SMITH (S.B. # 78238)
lsmith@omm.com
ROBIN M. WALL (S.B. # 235690)
rwall@omm.com
AMY R. LUCAS (S.B. # 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff and Counter-defendant
Hollywood Foreign Press Association

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RED ZONE CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership; DICK CLARK PRODUCTIONS, INC., a Delaware Corporation; RED ZONE CAPITAL GP, LLC, a Delaware Limited Liability Company; RED ZONE CAPITAL MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>DICK CLARK PRODUCTIONS, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation,<br><br>Counter-defendant | Case No. CV10-8833 VBF (FMOx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING MIRJANA VAN BLARICOM**<br><br>Complaint filed: November 17, 2010<br>Counterclaims filed: March 28, 2011<br><br>Hearing Date: TBD<br><br>Trial Date: September 6, 2011<br>Courtroom: 9<br><br>**Honorable Valerie Baker Fairbank** |

**[PROPOSED] ORDER**

Plaintiff Hollywood Foreign Press Association's ("HFPA") Motion to Reopen Discovery for the Limited Purpose of Deposing Mirjana Van Blaricom ("Motion") in the above-captioned matter came before this Court on August __, 2011. Having considered the papers and arguments submitted in support of and in opposition to HFPA's motion, the Court finds good cause for the entry of the requested order.

**IT IS HEREBY ORDERED** that HFPA's Motion to Reopen Discovery for the Limited Purpose of Deposing Mirjana Van Blaricom is **GRANTED**. Discovery in this action is reopened for the limited purpose of allowing Plaintiff to depose Mirjana Van Blaricom.

**IT IS SO ORDERED.**

DATED: August ___, 2010

____________________________________

Hon. Valerie Baker Fairbank,
District Court Judge