O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-08833-AHM (FMOx) | Date | January 23, 2012 |
|---|---|---|---|
| Title | HOLLYWOOD FOREIGN PRESS ASSOCIATION v. RED ZONE CAPITAL PARTNERS II, L.P., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel M. Petrocelli | Marty Katz |
| Linda J. Smith | Whitney Walters |
| Robin M. Wall | Bradley S. Phillips |
| Laura E. Perry | Manuel F. Cachan |

**Proceedings:**   STATUS CONFERENCE

Cause called; appearances made. Also present in Andrew M. White, counsel for non-parties CBS and Leslie Moonves.

Court and counsel confer regarding trial preparation and procedures. The Court will defer setting a time limitation on direct testimony until the end of the first week of trial but each side will be limited to 15 minutes for their respective opening statement. The Court orders plaintiffs to prepare Court Exhibit A from certain pages from the stipulated facts of the case. The Court also rules on the various objections to the first six witnesses at trial.

For reasons and findings stated on the record, the Court denies non-party CBS Corporation and non-party Leslie Moonves' Request to Enforce Prior Court Order Permitting Video Testimony [Filed 1/23/2012].

| | 1 | : | 25 |
|---|---|---|---|
| Initials of Preparer | | SMO | |