# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV10-08833-AHM (FMOx) | Date | February 10, 2012 |
| Title: | HOLLYWOOD FOREIGN PRESS ASSOCIATION v. RED ZONE CAPITAL PARTNERS, L.P., et al. | | |

Present: The Honorable  A. HOWARD MATZ

| Stephen Montes | Cindy Nirenberg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Daniel M. Petrocelli | Marty Katz |
| Linda J. Smith | Whitney B. Walters |
| David J. Marroso | Bradley S. Phillips |
| Robin M. Wall | Manuel F. Cachan |
| Laura Perry | |

__10th__ Day Court Trial   _____ Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   __X__ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
____ Plaintiff(s) rest.   __X__ Defendant(s) rested on Tuesday, February 7, 2012.
__X__ Closing arguments made by   __X__ plaintiff(s)   __X__ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
__X__ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
__X__ Case submitted.   ____ Briefs to be filed by _____
____ Motion to dismiss by _____   is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by _____   is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by _____   is   ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
__X__ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| X | Case continued to | _____ | for further trial/further jury deliberation. |
| X | Other: | (In chambers) The parties are to submit a stipulation and proposed order on the jointly deemed admitted trial exhibits. | |

                                                                                                                    4 : 38

Initials of Deputy Clerk      SMO

cc: