UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8833 AHM (FMOx) | Date | February 17, 2012 |
|---|---|---|---|
| Title | HOLLYWOOD FOREIGN PRESS ASSOCIATION v. RED ZONE CAPITAL PARTNERS II, L.P. et al | | |

Present: The Honorable    A. Howard Matz

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                  Attorneys Present for Defendants:

No Appearance                                                    No Appearance

**Proceedings:**     In Chambers (No Proceedings Held)

The Court orders the parties to supplement their previously lodged Proposed Findings of Fact by providing specific, concrete support from the trial record. The parties are to include at the conclusion of each numbered paragraph citations to the supporting evidence received at trial, including: exhibits admitted at trial, declaration testimony, live witness testimony, and deposition testimony read into the record. Citations to declarations shall include the witness name and relevant paragraph numbers. Citations to witness testimony shall include the name of the witness and relevant pages of the trial transcript; no line citations are necessary. Deposition testimony not read into the record and exhibits not received at trial may not be cited. Paragraph numbers shall remain unchanged, but the parties shall delete the exhibit references and deposition citations in the existing Proposed Findings of Fact, and if they cannot provide support in the trial record for an existing paragraph, that paragraph should nonetheless remain in the document. If a party believes a fact was proven at trial that was not included in the existing Proposed Findings of Fact, it may add that fact to the document and if so shall assign the next consecutive number to it.

Plaintiff shall provide this support for paragraphs 25 through 96 of its Proposed Findings of Fact. Defendants shall provide this support for paragraphs 15 through 151 of their Proposed Findings of Fact. These supplemented Proposed Findings of Fact and shall be lodged by no later than **Tuesday, February 28, 2012**.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |