1  RONALD L. OLSON (State Bar No. 044597)
   Ron.Olson@mto.com
2  BRADLEY S. PHILLIPS (State Bar No. 085263)
   Brad.Phillips@mto.com
3  MANUEL F. CACHÁN (State Bar No. 216987)
   Manuel.Cachan@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA 90071-1560
   Telephone:  (213) 683-9100
6  Facsimile:  (213) 687-3702

7  MARTIN D. KATZ (State Bar No. 110681)
   mkatz@sheppardmullin.com
8  WHITNEY WALTERS (State Bar No. 237781)
   wwalters@sheppardmullin.com
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   1901 Avenue of the Stars, Suite 1600
10 Los Angeles, CA 90067-6017
   Telephone:  (310) 228-3700
11 Facsimile:  (310) 228-3701

12 Attorneys for Defendants and Counterclaimant

13               **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15 | HOLLYWOOD FOREIGN PRESS | Case No. CV10-8833 AHM (FMOx) |

HOLLYWOOD FOREIGN PRESS
ASSOCIATION, a California
Corporation,

                 Plaintiff,

        v.

RED ZONE CAPITAL PARTNERS
II, L.P., a Delaware Limited
Partnership, et al.,

                 Defendants.

DICK CLARK PRODUCTIONS,
INC., a Delaware Corporation,

                 Counterclaimant,

        v.

HOLLYWOOD FOREIGN PRESS
ASSOCIATION, a California
Corporation,

                 Counter-defendant.

Case No. CV10-8833 AHM (FMOx)

**DEFENDANTS' NOTICE OF
LODGING OF [PROPOSED]
SUPPLEMENTAL FINDINGS OF
FACT**

Complaint Filed:    November 17, 2010
FAC Filed:          March 9, 2011
Counterclaims Filed: March 28, 2011

Trial Date:    January 24, 2012
Courtroom:     14

**Judge: Hon. A. Howard Matz**

## NOTICE OF LODGING OF [PROPOSED]
## SUPPLEMENTAL FINDINGS OF FACT

Pursuant to the Court's Order dated February 17, 2012 (Dkt. No. 305) ("Order"), Defendants Red Zone Capital Partners II, L.P., Red Zone Capital GP, LLC, Red Zone Capital Management Company, LLC, and Defendant and Counterclaimant dick clark productions, inc. (collectively, "Defendants") have lodged two versions of their [Proposed] Supplemental Findings of Fact, attached hereto as Exhibits A and B.

**Previously Proposed Findings Of Fact:**

Consistent with the Court's Order, Defendants have not substantively altered any of the facts that appeared in Defendants' initial proposed Findings of Fact, except insofar as was necessary to ensure that the proposed Findings of Fact comport with the record evidence.  So that the Court can easily recognize these changes, Defendants identified all text deletions in red type with a strikethrough (*e.g.*, ~~strikethrough~~) and all text additions in blue, underlined type (*e.g.*, new text). These changes were limited to the following:

1.	Defendants added the phrase "And Industry Custom And Practice" to the heading for Section III.B.2.

2.	In Fact No. 66, Defendants deleted the word "then" and replaced the phrase "while still at" with "prior to or during."  Defendants also added the phrase "three copies of" before "a proposed amendment."

3.	In Fact No. 103, Defendants replaced the word "competent" with "credible."

4.	In Fact No. 111, Defendants replaced the word "competent" with "credible."

5.	In Fact No. 125, Defendants replaced the phrase "the HFPA Membership" with "certain HFPA Board members (President Dunlevy, Vice-

President Lorenzo Soria and Chairman of the Board Lawrie Masterson), a past
President (Solomon) and HFPA's outside counsel, Lopez."

     6.    In Fact No. 135, Defendants replaced the phrase "December 1" with
"November 24."

     7.    In Fact No. 148, Defendants replaced the phrase "this lawsuit" with
"December 10, 2002."

**Placement Of The Additional Findings Of Fact Proposed By Defendants:**

Defendants have lodged two versions of their Supplemental [Proposed]
Findings of Fact.

The first version, attached hereto as Exhibit A, includes Defendants'
additional proposed Findings of Fact (Nos. 152-214) at the end of the previously
proposed Findings of Fact. So that the Court can read these additional proposed
Findings of Fact in context, Defendants included notations within the original
Findings of Fact identifying where the additional proposed Findings of Fact should
be inserted.

The second version, attached hereto as Exhibit B, includes the same
additional proposed Findings of Fact, with the same numbers (Nos. 152-214), that
are referenced in the first version described above.  However, to make it easier for
the Court to review the additional proposed Findings of Fact in context (without
flipping pages back and forth), Defendants integrated the additional proposed
Findings of Fact into the initial proposed Findings of Fact.

W02-WEST:6JTR1\404693676.2

1  DATED: February 28, 2012

Munger, Tolles & Olson LLP
RONALD L. OLSON
2
BRADLEY S. PHILLIPS
MANUEL F. CACHÁN
3

4  Sheppard, Mullin, Richter & Hampton LLP
MARTIN D. KATZ

5

6  By:        /s/*Martin D. Katz*
Martin D. Katz

7  Attorneys for Defendants and
Counterclaimant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-