| | |
|---|---|
| 1 | RONALD L. OLSON (State Bar No. 044597) |
|   | Ron.Olson@mto.com |
| 2 | BRADLEY S. PHILLIPS (State Bar No. 085263) |
|   | Brad.Phillips@mto.com |
| 3 | MANUEL F. CACHAN (State Bar No. 216987) |
|   | Manuel.Cachan@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA 90071-1560 |
|   | Telephone:  (213) 683-9100 |
| 6 | Facsimile:   (213) 687-3702 |
| 7 | MARTIN D. KATZ (State Bar No. 110681) |
|   | mkatz@sheppardmullin.com |
| 8 | WHITNEY WALTERS (State Bar No. 237781) |
|   | wwalters@sheppardmullin.com |
| 9 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | 1901 Avenue of the Stars, Suite 1600 |
| 10 | Los Angeles, CA 90067-6017 |
|    | Telephone:  (310) 228-3700 |
| 11 | Facsimile:   (310) 228-3701 |
| 12 | Attorneys for Defendants and Counterclaimant |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | CASE NO. CV 10-8833 AHM (FMOx) |
| Plaintiff, | **DEFENDANTS' NOTICE OF MANUAL FILING OF OVERSIZED DECISION TREE** |
| v. | |
| RED ZONE CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership, et al., | Trial Date:   January 24, 2012 |
| | Court Room:   14 |
| Defendants. | Hon. A. Howard Matz |
| DICK CLARK PRODUCTIONS, INC., a Delaware Corporation, | |
| Counterclaimant, | |
| v. | |
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation, | |
| Counter-defendant. | |

MANUAL FILING

1     Pursuant to the Court's request, Defendants Red Zone Capital Partners II, L.P., Red Zone Capital GP, LLC, Red Zone Capital Management Company, LLC, and Defendant and Counterclaimant dick clark productions, inc. (collectively, "Defendants") filed with the Court on Friday, March 16, 2012, Defendants' proposed Decision Tree in two formats. The first format (Dkt. No. 311-11) displayed Defendants' proposed Decision Tree in diagrammatic form. Given the number of claims and affirmative defenses raised by the parties, it was not possible to display diagrammatically all of the relevant issues and dependencies on one page (8½ x 11 or 11 x 17) without substantially reducing the size of the text. A reduced version of the diagram was prepared and filed electronically (*see* Dkt. No. 311-11). However, as the Court will readily observe, the reduced version filed electronically is difficult to read.

    Defendants are therefore manually filing a poster-sized version of the diagrammatic Decision Tree.

DATED: March 19, 2012

Munger, Tolles & Olson LLP
RONALD L. OLSON
BRADLEY S. PHILLIPS
MANUEL F. CACHAN

Sheppard, Mullin, Richter & Hampton LLP
MARTIN D. KATZ

By: /s/ Martin D. Katz
       Martin D. Katz

Attorneys for Defendants and Counterclaimant

-1-

W02-WEST:6JTR1\404864781.1                             MANUAL FILING

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On **March 19, 2012**, I served the following document(s) described as: **DEFENDANTS' NOTICE OF MANUAL FILING OF OVERSIZED DECISION TREE AND OVERSIZED DECISION TREE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

> Daniel M. Petrocelli, Esq.
> Linda J. Smith, Esq.
> O'Melveny & Myers LLP
> 1999 Avenue of the Stars, Suite 700
> Los Angeles CA 90067-6035

**BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 19, 2012, at Los Angeles, California.

_____
Jay Ramsey