DANIEL M. PETROCELLI (S.B. # 97802)
dpetrocelli@omm.com
LINDA J. SMITH (S.B. # 78238)
lsmith@omm.com
DAVID J. MARROSO (S.B. # 211655)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Plaintiff and Counter-defendant
Hollywood Foreign Press Association

Additional Counsel Continued on next page.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation,<br><br>          Plaintiff,<br>   v.<br><br>RED ZONE CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership, et al.,<br><br>          Defendants.<br><br>DICK CLARK PRODUCTIONS, INC., a Delaware Corporation,<br><br>          Counterclaimant,<br>   v.<br><br>HOLLYWOOD FOREIGN PRESS ASSOCIATION, a California Corporation,<br><br>          Counter-defendant. | CASE NO. CV 10-8833 AHM (FMOx)<br><br>**FINAL JUDGMENT ON PHASE I CLAIMS**<br><br>Hon. A. Howard Matz<br>Courtroom:  14 |

| | |
|---|---|
| 1 | RONALD L. OLSON (State Bar No. 044597)<br>Ron.Olson@mto.com |
| 2 | BRADLEY S. PHILLIPS (State Bar No. 085263)<br>Brad.Phillips@mto.com |
| 3 | MANUEL F. CACHÁN (State Bar No. 216987)<br>Manuel.Cachan@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| 5 | 355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560 |
| 6 | Telephone:  (213) 683-9100<br>Facsimile:   (213) 687-3702 |
| 7 | |
| 8 | MARTIN D. KATZ (State Bar No. 110681)<br>mkatz@sheppardmullin.com |
| 9 | WHITNEY WALTERS (State Bar No. 237781)<br>wwalters@sheppardmullin.com |
| 10 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 11 | 1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6017 |
| 12 | Telephone:  (310) 228-3700<br>Facsimile:   (310) 228-3701 |
| 13 | |
| 14 | Attorneys for Defendants and Counterclaimant |

W02-WEST:6JTR1\406246673.7                                      JUDGMENT ON PHASE I CLAIMS

# FINAL JUDGMENT ON PHASE I CLAIMS

Pursuant to and in accordance with the Court's August 8, 2011 Order Granting In Part And Denying In Part Defendants' Motion For Summary Judgment (Dkt. No. 182), April 30, 2012 Phase I Findings of Facts and Conclusions of Law (Dkt. No. 313) ("Phase I Findings") and July 24, 2012 Order Directing Entry of Judgment on Phase I Claims and Continued Stay of Phase II Proceedings (Dkt. No. 345), the Court finds that Defendants Red Zone Capital Partners II, L.P., Red Zone Capital GP, LLC, Red Zone Capital Management Company, LLC, and Defendant and Counterclaimant dick clark productions, inc. (collectively, "Defendants") are entitled to final judgment against Plaintiff the Hollywood Foreign Press Association ("HFPA") on the claims tried in Phase I of these proceedings. (Dkt. No. 38 (Bifurcation Order).)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. In accordance with the Court's ruling on Defendants' motion for summary judgment (Dkt. No. 182), judgment is entered in favor of Defendants and against HFPA on HFPA's Eleventh Claim for reformation.

2. In accordance with the Court's Phase I Findings, judgment is entered in favor of Defendants and against HFPA on the Phase I claims in HFPA's Fifth Claim for Relief for declaratory relief and on Defendant dcp's First Counterclaim for declaratory relief. The Court declares that: (a) "the extensions clause [of the 1993 amendment to the parties' 1987 main show agreement] permits dcp to exercise options [to produce and distribute the Golden Globe Awards Show] beyond the eight specified for the years 1998-2005 upon *any* 'extensions, renewals, substitutions or modifications' of the dcp-NBC license agreement, with or without HFPA's approval," (b) "dcp has the rights to produce and distribute the Golden Globe Awards show through the current term of the dcp-NBC Agreement (2018)," and (c) "dcp also has irrevocable options granted by HFPA to do so for any further

-1-

-2-

'extensions, renewals, substitutions or modifications of the NBC Agreement,' with or without HFPA's approval." (Phase I Findings at 6:16-21; 62:10-13; 89:2-8.)

3. In accordance with the Court's Phase I Findings, judgment is entered in favor of Defendants and against HFPA on HFPA's First Claim for Relief for trademark infringement, Second Claim for Relief for false association, Fourth Claim for Relief for breach of contract, and Ninth Claim for Relief for unfair competition insofar as those claims depend on whether Defendant dcp has the rights under the parties' main show agreement, as amended, to produce and distribute the Golden Globe Awards Show after 2011 without HFPA's approval.

DATED: August 22, 2012

_____
Honorable A. Howard Matz
United States District Court Judge
Central District of California

Respectfully submitted jointly by:

| | | |
|---|---|---|
| 1 | DATED: August 15, 2012 | O'Melveny & Meyers LLP |
| 2 | |    DANIEL M. PETROCELLI |
| | |    LINDA J. SMITH |
| 3 | |    DAVID J. MARROSO |

By: _____/s/ *David J. Marroso*_____
           David J. Marroso

Attorneys for Plaintiff

DATED: August 15, 2012

Munger, Tolles & Olson LLP
RONALD L. OLSON
Bradley S. Phillips
MANUEL F. CACHÁN

Sheppard, Mullin, Richter & Hampton LLP
MARTIN D. KATZ

By: _____/s/ *Martin D. Katz*_____
           Martin D. Katz

Attorneys for Defendants and Counterclaimant